UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| ROBERT COBB | ) | |
| | ) | |
| v. | ) | NO. 1:12cv0096 |
| | ) | JUDGE HAYNES |
| MAURY REGIONAL MEDICAL CENTER | ) | |
| | ) | |

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 4/24/2013.

KEITH THROCKMORTON, CLERK
s/Tina M. Webster, Deputy Clerk